[No. 59927-5-I.   Division One.   January 22, 2008.]

*In the Matter of the Parentage of* S.T.J.

JENNIFER JENKINS, *Appellant*, v. MICHAEL H. GRIMES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-5-01259-3, Kenneth L. Cowsert, J., entered March 30, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60157-1-I.   Division One.   January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. N.K., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-01208-9, Philip G. Hubbard, Jr., J., entered June 4, 2007. *Remanded* by unpublished per curiam opinion.

[No. 60239-0-I.   Division One.   January 22, 2008.]

GARY BAKER, *Appellant*, v. LANCE HESLEP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-2-02826-7, Ira Uhrig, J., entered June 1, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60466-0-I.   Division One.   January 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. HILLARY JILL HEMLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08925-8, Sharon S. Armstrong, J., entered July 30, 2007. *Affirmed* by unpublished per curiam opinion.